```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 06177
   ISIAH J PRICE
   VERONICA BUCHANAN                          CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
           Debtor
  SSN XXX-XX-1898     SSN XXX-XX-5522

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/30/2006 and was confirmed 10/26/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 04/24/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
AAA CHECKMATE               UNSECURED         1007.70         .00         603.47
AMERICASH LOANS LLC         UNSECURED          308.48         .00         184.74
CHICAGO FURNITURE           SECURED            400.00       19.34         271.23
US CASH / THE LOAN PLACE    UNSECURED         1431.86         .00         857.48
ONYX ACCEPTANCE CORP        SECURED              .00          .00            .00
CHICAGO FURNITURE           UNSECURED       NOT FILED         .00            .00
AMERICASH LOANS LLC         UNSECURED         1141.32         .00         683.49
CBUSA SEARS                 UNSECURED       NOT FILED         .00            .00
CREDIT PROTECTION ASSOCI    UNSECURED       NOT FILED         .00            .00
US CASH / THE LOAN PLACE    UNSECURED       NOT FILED         .00            .00
US CASH / THE LOAN PLACE    UNSECURED       NOT FILED         .00            .00
ONYX ACCEPTANCE CORP        NOTICE ONLY     NOT FILED         .00            .00
MIDWEST VERIZON WIRELESS    UNSECURED          687.83         .00         411.91
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY       2,318.00                   2,318.00
TOM VAUGHN                  TRUSTEE                                        331.82
DEBTOR REFUND               REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     5,681.48

PRIORITY                                              .00
SECURED                                            271.23
    INTEREST                                        19.34
UNSECURED                                        2,741.09
ADMINISTRATIVE                                   2,318.00
TRUSTEE COMPENSATION                               331.82
DEBTOR REFUND                                         .00
                            ---------------    ---------------
TOTALS                      5,681.48             5,681.48

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 06177 ISIAH J PRICE & VERONICA BUCHANAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/23/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE